THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP ECKER and HARRY VISHNITZER, Appellants.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 12, 1927; decided January 10, 1928.)

APPEALS from a judgment of the Court of General Sessions of the county of New York, rendered July 18, 1927, upon a verdict convicting the defendants of the crime of murder in the first degree.

*George Z. Medalie, Morgan A. Jones* and *Jacob J. Rosenblum* for Philip Ecker, appellant.

*Abraham I. Menin, Fiorella La Guardia* and *Asa S. Herzog* for Harry Vishnitzer, appellant.

*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed as to each defendant; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.